Alvarado v Jilani (2024 NY Slip Op 04017)

Alvarado v Jilani

2024 NY Slip Op 04017

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, DELCONTE, AND HANNAH, JJ.

518 CA 23-01358

[*1]FRANCISCO ALVARADO, PLAINTIFF-APPELLANT,
v
RAANA JILANI, DEFENDANT-RESPONDENT. 

PARISI & BELLAVIA, ROCHESTER (TIMOTHY C. BELLAVIA OF COUNSEL), FOR PLAINTIFF-APPELLANT.
LAW OFFICES OF JENNIFER S. ADAMS, YONKERS (NICOLE U. MARMANILLO OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered June 29, 2023. The order, insofar as appealed from, denied the motion of plaintiff for summary judgment on the issues of negligence and serious injury. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 15, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court